

# NUMBER 13-26-00144-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE MATTER OF A.D.G., A CHILD

---

## ON APPEAL FROM THE 449TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

### Before Justices Silva, Peña, and Fonseca
### Memorandum Opinion by Justice Peña

This cause is before the Court on appellant's motion to dismiss appeal. On February 5, 2026, appellant A.D.G.[1] filed a notice of appeal from a "Judgment of Adjudication and Disposition First Amended Petition (Outside Placement)" signed on January 16, 2026, in trial court cause number J-0127-25-K. In his motion to dismiss, appellant states that he has conferred with counsel and no longer wishes to pursue his

---

[1] To protect the identity of the child subject to this suit, we refer to the child by initials and pseudonyms. *See* TEX. FAM. CODE § 109.002(d); TEX. R. APP. P. 9.8(b)(2).

appeal. In accordance with Texas Family Code Section 51.09, appellant indicates that "he wishes to waive and abandon the right to further appellate review"; that the waiver is made by appellant and his attorney; that appellant and his attorney are informed of and understand the right, and the possible consequences of waiving the right to appeal; that the waiver is made voluntarily; and that the waiver is made in writing. *See* TEX. FAM. CODE § 51.09.

Having considered appellant's motion, we are of the opinion that the appeal should be dismissed pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, the motion is granted, and the appeal is hereby dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
30th day of April, 2026.